Frank McNamara, Appellant, v. Erskine Van Houten, Respondent.— Judgment and order affirmed, with costs. No opinion.

Emma N, Tiffany, Respondent, v. Ida Hess, as Executrix, etc., of Charles A. Hess, Deceased, Appellant, Impleaded with Hannah H. Townsend, as Executrix under the Last Will and Testament of William J. Townsend, Deceased, and Charles P. McClelland.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

The People of the State of New York ex rel. John J. Dougan, Relator, v. George McAneny, President of the Borough of Manhattan, City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

Susan Laffin, Respondent, v. Peter Devine, Appellant.— Judgment and order affirmed, with costs. No opinion.

William F. Donnelly, Respondent, v. The City of New York, Appellant. Damage Parcel No. 31.— Judgment and order affirmed, with costs. No opinion.

Samuel Riker, Jr., v. Helen S. Gwynne and Others.— Motion denied, with ten dollars costs.

Henry H. Jackson, Respondent, v. Buffalo German Insurance Company, Appellant.— Motion denied, with ten dollars costs.

Lewis Moreau, Respondent, v. Otto T. Bannard and Others, Survivors of James T. Woodward, Now Deceased, as the Reorganization Committee of the Southern Steel Company, and Others, Appellants, Impleaded with First National Bank.— Order affirmed, with ten dollars costs and disbursements. No opinion.

David Davis, Appellant, v. The Bergen Realty Company, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Frederick Pump, Appellant.— Judgment affirmed. No opinion. (Dowling, J., dissenting.)

William E. Barry, Respondent, v. Henri A. Minot and Leon A. Geiger, Individually and as Copartners Doing Business under the Firm Name and Style of Minot & Geiger, Appellants.— Judgment and order affirmed, with costs. No opinion.

George S. Lings and Others, Doing Business under the Firm Name of G. S. Lings & Company, Respondents, v. Blodgett & Orswell Company, Appellant. — Judgment and order affirmed, with costs. No opinion.

Mortimer J. Downing, Appellant, v. The Locomobile Company of America, Respondent.— Order affirmed, with costs and disbursements. No opinion.

Patrick Jordan, Respondent, v. Timothy J. Phelan, Appellant.— Judgment and order affirmed, with costs. No opinion. (McLaughlin and Laughlin, JJ., dissenting.)

Henry B. Twombly and Edmonds Putney, Respondents, v. Ferral C. Dininny, Appellant.— Judgment and order affirmed, with costs. No opinion.

Daniel Madden, Appellant, v. The City of New York, Respondent.— Order affirmed, with costs and disbursements. No opinion.